UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
UNITED STATES OF AMERICA,

        - against -                                        **ORDER**

NORMAN DUPONT,                                      95-cr-91 (RJD)
                    Defendant.
-------------------------------------------------------- X
DEARIE, District Judge

       The Court is in receipt of Mr. DuPont's letter, ECF 122, requesting a second chance and seeking a reduction of the life sentence he has been serving since 1996. The Court construes Mr. Dupont's letter to be a motion under 18 U.S.C. § 3582(c)(1)(A) for a reduction in sentence. Mr. Dupont appears to have made positive strides while incarcerated: a BOP employee describes him as a "model inmate" who exhibits "exemplary behavior." ECF 122 at 2. His disciplinary history reflects only two infractions in 1995 and 1997. See ECF 123 at 2. However, Mr. DuPont's motion is both procedurally and substantively deficient; he has failed to exhaust administrative remedies, adduce sufficient evidence of extraordinary and compelling reasons supporting a reduction in sentence,[1] or address the 18 U.S.C. § 3553 sentencing factors. All are required before a court may reduce a sentence under 18 U.S.C. § 3582(c)(1)(A). Mr. DuPont should follow the administrative procedures outlined in 18 U.S.C. § 3582(c)(1)(A) and provide support in any future submissions for the position that extraordinary and compelling reasons, as well as the § 3553 factors, warrant a reduction in his sentence. The Court's November 17, 2022 Order directing the government to respond to Mr. DuPont's letter is vacated.

---

[1] See United States v. Brooker, 976 F.3d 228, 237 (2d Cir. 2020) (rehabilitation alone is insufficient for relief under 18 U.S.C. § 3582(c)(1)(A)).

SO ORDERED

| | |
|---|---|
| Dated: Brooklyn, New York<br>November 18, 2022 | /s/ Raymond J. Dearie<br>RAYMOND J. DEARIE<br>United States District Judge |